**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHAWNNA GREEN,

    Plaintiff,

v.                                CASE NO.: 8:26-cv-00126-KKM-AEP

TAMPA GENERAL HOSPITAL,

    Defendant.

_____

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

CHARLISA R. ODOM, of the law firm CARLTON FIELDS, P.A., hereby gives notice of her appearance as counsel for Defendant, Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital, and further respectfully requests that all future pleadings, documents, and correspondence in connection with this action be served on undersigned counsel.

April 26, 2026                            Respectfully submitted,

                                            **CARLTON FIELDS, P.A.**

                                            */s/ Charlisa R. Odom*
                                            Janet Goldberg McEnery, Esq.
                                            Florida Bar No. 960380
                                            Charlisa R. Odom, Esq.
                                            Florida Bar No. 301690
                                            CARLTON FIELDS, P.A.
                                            4221 W. Boy Scout Blvd., Ste. 1000
                                            Tampa, Florida 33607
                                            Telephone: (813) 223-7000

Facsimile: (813) 229-4133
jmcenery@carltonfields.com
mtaylor@carltonfields.com
codom@carltonfields.com
maguilar@carltonfields.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2026, the foregoing document was filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ *Charlisa R. Odom*
Charlisa R. Odom

## SERVICE LIST

Jack Mattson, Esq.
Joseph Southron, Esq.
Southron Firm, P.A.
400 N. Ashley Drive, Suite 1720
Tampa, FL 33602
jack@southronfirm.com
joe@southron.com
eservice@southronfirm.com

*Attorneys for Plaintiff*

2