**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE #:** | 8:26-cv-126-KKM-AEP | **DATE:** | April 27, 2026 |
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **SHAWNNA GREEN**<br><br>          **Plaintiff,**<br><br>v.<br><br>**TAMPA GENERAL HOSPITAL**<br>          **Defendant.** | | **PLAINTIFF COUNSEL**<br>Jack Matson | |
| | | **DEFENSE COUNSEL**<br>Charlisa Odom & Janet McEnery | |
| **COURT REPORTER:**  Digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 1:30 to 1:36   TOTAL:   6 MINUTES** | | **COURTROOM:** | zoom |

**PROCEEDINGS:   CASE MANAGEMENT – IDEAL (ZOOM)**

**Case Management conference held.**

**The court reviews the ideal case management with the parties.**