**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHAWNNA GREEN,                                    Case No. 8:26-CV-00126-KKM-AEP

               Plaintiff,

v.

TAMPA GENERAL HOSPITAL,

               Defendant.

## NOTICE OF APPEARANCE OF LUCAS B. MICHELEN FOR DEFENDANT

PLEASE TAKE NOTICE that Lucas B. Michelen, with the law firm of Carlton Fields, P.A., hereby gives his notice of appearance as counsel of record on behalf of the Defendant, and requests that all future papers and pleadings filed or served in this matter be directed to him.

Dated:  April 29, 2026

                                    Respectfully submitted,

                                    */s/ Lucas B. Michelen*
                                    Lucas B. Michelen
                                    Florida Bar No: 1075230
                                    CARLTON FIELDS, P.A.
                                    4221 W. Boy Scout Blvd., Suite 1000
                                    Tampa, FL 33607-5780
                                    Phone: (813) 223-7000
                                    Fax: (813) 229-4133
                                    lmichelen@carltonfields.com

                                    *Attorneys for Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2026, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Lucas B. Michelen*
Lucas B. Michelen
