**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE #: | 8:26-cv-126 AEP | | DATE: | June 17, 2026 |
|---|---|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | | | |
| SHAWNNA GREEN<br><br>Plaintiff,<br><br>v.<br><br>TAMPA GENERAL HOSPITAL<br>Defendant. | | | PLAINTIFF COUNSEL<br>Jack Mattson | |
| | | | DEFENSE COUNSEL<br>Charlisa Odom | |
| COURT REPORTER:  Digital | | | DEPUTY CLERK: | Lynne Vito |
| TIME: 9:59 to 10:03    TOTAL:  4 min | | | COURTROOM: | 10A |

PROCEEDINGS:   STATUS CONFERENCE - ZOOM

Parties have consented to the Magistrate Judge's jurisdiction.

Case management report has been filed.

Court reviews the expectations and the scheduling order.

Court to adopt the deadlines as requested.

Week of September 27, 2027 for jury trial.