**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHAWNNA GREEN,**

Plaintiff,

Case No.
8:26-cv-00126-KKM-AEP

v.

**TAMPA GENERAL HOSPITAL,**

Defendant.
______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiff, SHAWNNA GREEN, by and through her undersigned counsel, hereby give notice of voluntary dismissal with prejudice of the Complaint filed against Defendant, TAMPA GENERAL HOSPITAL, in the above-styled action, with each party to bear their own costs and attorneys' fees.

Dated: August 25, 2026.

Respectfully submitted,

*/s/ Jack Mattson*

Jack M. Mattson
Florida Bar No. 1049079
SOUTHRON FIRM, P.A.
400 N. Ashley Dr.
Tampa, FL, 33602
Suite 1720
jack@southronfirm.com

eservice@southronfirm.com
Attorney for *Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2026, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system on August 25, 2026, and that a true and correct copy of the foregoing document has been provided to all counsel of record or unrepresented parties on the servicelist.

*/s/ Jack Mattson*
Jack Mattson, Esq.
Florida Bar No.: 1049079