**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHAWNNA GREEN,

Plaintiff,

v. CASE NO: 8:26-cv-00126-AEP

TAMPA GENERAL HOSPITAL,

Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Shawnna Green ("Plaintiff") and Defendant Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital ("Defendant") (collectively, "the Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1) and this Court's August 25, 2026 Order [D.E. 34], by and through their respective undersigned counsel, hereby stipulate and agree that all claims between the Parties in the above-styled action shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: August 26, 2026

*/s/ Jack Mattson*
Jack Mattson, Esq.
Florida Bar No. 1049079
Joseph Southron, Esq.
Florida Bar No. 122109
SOUTHRON FIRM, P.A.
400 N. Ashley Drive, Ste. 1720
Tampa, Florida 33602
Telephone: (813) 773-5105
jack@southronfirm.com

*/s/ Lucas B. Michelen*
Janet Goldberg McEnery, Esq.
Florida Bar No. 960380
Lucas B. Michelen, Esq.
Florida Bar No. 1075230
Charlisa R. Odom, Esq.
Florida Bar No. 301690
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, Florida 33607

joe@southronfirm.com
eservice@southronfirm.com

*Attorneys for Plaintiff*

Telephone: (813) 223-7000
jmcenery@carltonfields.com
lmichelen@carltonfields.com
codom@carltonfields.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2026 the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lucas B. Michelen*
Lucas B. Michelen, Esq.