UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWNNA GREEN,

Plaintiff,

v. Case No. 8:26-cv-126-AEP

TAMPA GENERAL HOSPITAL,

Defendant.

_______________________________________/

**ORDER**

The parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. 35), seeking to dismiss this action with prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs. After consideration, the Joint Stipulation for Dismissal With Prejudice (Doc. 35) is APPROVED. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. The Clerk is directed to terminate any pending motions or deadlines and close this case.

DONE AND ORDERED in Tampa, Florida, on this 27th day of August 2026.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record